UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **TIFFANY RODRIGUEZ,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:25-cv-1027-AMM-GMB |
| **WARDEN BROTON,** | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 8, on November 3, 2025, recommending that the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Doc. 1, be dismissed without prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be dismissed without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this 11th day of December, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE